No. 92–6984.   SOBAMOWO v. PENN, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ET AL.   C. A.

D. C. Cir. Certiorari denied.